UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Members of the Beede Site Group

           v.                                 Civil  No. 10-cv-439-PB

Fraser Automotive, Inc.

O R D E R OF RECUSAL

I hereby recuse myself from presiding in this case.  The case shall be assigned to another judge.

SO ORDERED

*/s/ Paul Barbadoro*
Paul Barbadoro
United States District Judge

October 12, 2010

cc:    Curtis Alan Connors