UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Members of the Beede Site Group</u>

    v.                    Civil No. 10-cv-00439-JL

<u>Fraser Automotive, Inc.</u>

## O R D E R

The court hereby recuses itself from this case as this case stems from a consent decree arising from litigation in which the United States was a party that occurred while the court held the position of First Assistant United States Attorney for the District of New Hampshire.  The recusal policy adopted by the court at the time of its appointment, after discussions with representatives of its former employers, the United States Department of Justice, requires recusal under these circumstances.

**SO ORDERED.**

                                            _/s/ Joseph N. Laplante_
                                            Joseph N. Laplante
                                            United States District Judge

Dated:  October 14, 2010

cc:  Curtis Alan Connors, Esq.