UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Members of the Beede Site Group</u>

    v.                                                    Civil No. 10-cv-439

<u>Fraser Automotive, Inc., f/k/a</u>
<u>Fraser Pontiac-Buick, GMC, Inc. and</u>
<u>Fraser Pontiac GMC, Inc.</u>

### ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

October 14, 2010

cc:  Curtis A. Connors, Esq.