UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Members of the Beede Site Group</u>

    v.                        Civil No. 10-cv-439

<u>Fraser Automotive, Inc.,
formerly known as Fraser
Pontiac-Buick, GMC, Inc. and
Fraser Pontiac GMC, Inc.</u>


<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                  /s/ Joseph A. DiClerico, Jr.
                                  Joseph A. DiClerico, Jr.
                                  United States District Judge

Date: October 14, 2010

cc:  Curtis Alan Connors, Esquire