UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Members of the Beede Site Group

v.                                                    NH Civil No. 10-cv-439

Fraser Automotive, Inc.

# ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: October 18, 2010                /s/ Steven J. McAuliffe
                                      Steven J. McAuliffe
                                      Chief Judge

cc:    Curtis A. Connors, Esq.
       Clerk, USDC - District of Rhode Island

## CONCURRING ORDER

I concur that ____Judge William E. Smith____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ____Lincoln D. Almond____ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: _October 19, 2010_        _/s/ Mary M. Lisi_
                                Chief United States District Judge
                                District of Rhode Island


cc:     Curtis A. Connors, Esq.
        Clerk, USDC - District of New Hampshire

2